FILED

2006 SEP -1 PM 1:55

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MAURICE TOWNES, | Case No. 06-CV-1138-H (JMA) |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY** |
| v. | |
| E.J. PAULE, et al., | |
| Defendants. | |

Plaintiff Gary Maurice Townes, a state prisoner proceeding *pro se*, has filed a Complaint pursuant to 42 U.S.C. § 1983. [Doc. No. 1.] Plaintiff has filed a "Notice and Motion for Discovery; Declaration of Gary Townes in Support Thereof," in which he requests certain discovery from Defendants. [Doc. No. 16.] For the reasons set forth below, Plaintiff's motion is **DENIED**.

Plaintiff has made no showing that a court order is needed in order for him to obtain the discovery he seeks. Plaintiff is directed to review the discovery rules contained within the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 26-37. If,

after serving proper discovery requests pursuant to the Federal Rules, Plaintiff is unsuccessful in obtaining the discovery he seeks, he may thereafter move the court to compel discovery in accord with Fed. R. Civ. P. 37(a). Plaintiff's motion is therefore **DENIED** without prejudice.

**IT IS SO ORDERED.**

Dated: August 31, 2006

JAN M. ADLER
United States Magistrate Judge

COPY TO:

HONORABLE MARILYN L. HUFF
U.S. DISTRICT JUDGE

ALL PARTIES/COUNSEL OF RECORD