IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY MAURICE TOWNES,** | 06-CV-1138 H (JMA) |
| Plaintiff, | **ORDER PERMITTING THE DEPOSITION OF PLAINTIFF, AN INCARCERATED INDIVIDUAL** |
| v. | |
| **E. J. PAULE, et al.,** | |
| Defendants. | |

    The Court hereby grants Defendants permission to depose Plaintiff, a person confined in prison, upon reasonable notice pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED: November 14, 2006

_____
Jan M. Adler
U.S. Magistrate Judge