UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MAURICE TOWNES, ) | Case No. 06-CV-1138-H (JMA) |
| ) | |
| Plaintiff, ) | **ORDER REQUIRING RESPONSE TO** |
| ) | **PLAINTIFF'S MOTION TO COMPEL** |
| v. ) | **PRODUCTION OF DOCUMENTS** |
| ) | |
| E.J. PAULE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

On January 29, 2007, the Court received Plaintiff's Notice and Motion to Compel Production of Documents, setting forth a list of documents, "audiotape interviews," and "videotaped interviews" which Plaintiff contends were not produced to him by Defendants and for which he seeks an order compelling production. Defendants shall file any opposition to Plaintiff's motion not later than **February 23, 2007.**

**IT IS SO ORDERED.**

DATED: February 1, 2007

Jan M. Adler
U.S. Magistrate Judge

06cv1138